**MANDATE**

N.Y.S.D. Case #
15-cv-4774(NSR)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of October, two thousand and seventeen,

_____

May Ling Brantman,

      Plaintiff - Appellant,

v.

Fortistar Capital, Inc.,

      Defendant - Appellee.

_____

**ORDER**
Docket No: 17-2597

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 18, 2017

Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 30, 2017 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before November 30, 2017. The appeal is dismissed effective November 30, 2017 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/18/2017